IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

_Cedric Johnson Et.Al._
Full name and prison number of
plaintiff(s)

v.

_Warden Louis Boyd Et.Al._
_CO-I - Alex Rudolph_
_CO-I - E. Haynes Et.Al._
_State of Alabama Et.Al._
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. _2:06 cv 602 - MEF_
(To be supplied by the Clerk of the
U.S. District Court)

RECEIVED
2006 JUL -6  A 9: 29

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )    No (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes ( )    No (✓)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) _N/A_

      Defendant(s) _N/A_

   2. Court (if federal court, name the district; if state court, name the county) _N/A_

   3. Docket No. _N/A_

   4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT _Bullock County Corr. Facility, P.O. Box 5107, Union Springs, Alabama - 36089_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Bullock County Corr. Facility, P.O. Box 5107, Union Springs, AL - 36089_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Warden Louis Boyd | P.O. Box 5107 Union Springs, AL - 36089 |
| 2. | CO-I Alex Rudolph | " " " " " |
| 3. | CO-I E. Haynes | " " " " " |
| 4. | State Of Alabama | " " " " " |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _February 25, 2006_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _See Attached Sheets_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved). _See Attached Sheets_

-2-


GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_Will be Amended to petition later_;

_Cedric Johnson_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _June 29, 2006_.
(date)

_Cedric Johnson_
Signature of plaintiff(s)

In The United States District Court For The Middle District Of Alabama, Northern Division

Cedric Johnson, Et. Al.,
   Plaintiff,

Vs.

Warden Louis Boyd Et. Al.,
CO-I - Alex Rudolph Et. Al.,
CO-I - E. Haynes, Et. Al.,
State Of Alabama Et. Al.,
   Defendants,

Civil Action No. 2:06cv602-MEF

### Jurisdiction:

This Honorable Court has Jurisdiction to Entertain the Subject Matter Jurisdiction of this Petition, Pursuant to the holdings in 28 U.S.C. 1983 for Civil Actions:

Comes Now the Plaintiff Cedric Johnson And Respectfully Moves this Honorable Court Pursuant this 1983 Petition for Relief from the abuse that he has Sustained from officers at this Bullock County Correctional Facility. The Plaintiff has been inflicted with an Eighth Amendment Violation of Cruel And Unusual Punishment from the defendants in this Civil Action, Pursuant to the 8th and 14th Amendment of the United States Constitution of the United States Constitution.

1.

On or about FEBRUARY 25, 2006, the plaintiff was in route up the hall, when he observed Officer Alex Rudolph and Officer E. Haynes in a confrontation with another mental health inmate. While the plaintiff was standing there observing the confrontation, he was noticed by Officer Alex Rudolph. Officer Rudolph rushed to the plaintiff's face and stated: What the fuck do you want? And upon the plaintiff taking his time to answer, CO-I A. Rudolph grabbed him around the throat and began to aggressively choke him. (SEE ATTACHED STATEMENT);

As the plaintiff attempted to remove CO-I A. Rudolph's hands from his throat, he began to fight, and CO-I E. Haynes came behind the plaintiff and hit him over the head with her radio. This is when CO-I Rudolph began to try to beat the plaintiff, and the plaintiff began to fight back in defense for his life. This is not a taught practice of the Department of Corrections training, to choke or hit an inmate in the head with a raidio. (See Attached Statement and testimony of witness);

The Administration is aware that CO-I Alex Rudolph is on prescribed medication for psychiatry, and he acts out of character, and shows many emotional disorderly distructive mood behaviors. CO-I Alex Rudolph is mentally disturbed, and should not be working in this facility over any inmates.

The plaintiff is constantly suffering from the head injury that he sustain from the blow to the head from the radio, and it feels as though something has been damaged in his throat from CO-I-Rudolph's choking him in the unprofessional manner. The court's has long recognized that an officer may not use cruel and unusual punishment in dealing with an inmate in the performance of duty. SEE Celotex Corp.-v-Catrett, 477 U.S. 317. (1986); Bennett-v-Parker, 898 F.2d. 1530 (11ᵗʰ Cir. 1990) Cert. denied 498 U.S. 1103 (1991);

Here we find that the officer's made a concious decision in their individuality capacity to willfully and knowingly harm the plaintiff, which is violative of the officer's oath and duty to protect the plaintiff's rights under the Eighth Amendment from cruel and unusual punishment. SEE Harlow-v-Fitzgerald, 457 U.S. 800, 818, 102 S. Ct. 2727 (1982) which stated; The question is whether a reasonable officer could have believed (his or her actions) to be lawful, in light of clearly established law. SEE Anderson-v-Creighton, 483 U.S. 634, 641, 107 S. Ct. 3034 (1987).

This matter is subject to a full scale investigation and civil action by this court. Because their is so much deception, corruption, and abuse within this litigation.

3.

The plaintiff brings this his Civil action under 28 U.S.C. 1983 in the defendant's individual and official capacity, as they are state employees which has acted as individual agents for themselves, in their own state of mind. The plaintiff would also leave open the Room to amend this petition for money damages for compensatory and punitive damages, along with the injunctive Relief of this Civil action.

Respectfully Submitted,

Done this 29th day of June 2006; _____

4.