IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC JOHNSON, #232250, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06cv602-MEF |
| ) | (WO) |
| LOUIS BOYD, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on July 12, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's claims against the State of Alabama are DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

2. The State of Alabama is DISMISSED as a party to this cause of action.

3. The § 1983 claims presented against Louis Boyd, Alex Rudolph and Office E. Haynes is referred back to the Magistrate Judge for further proceedings.

Done this the 11th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE