IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CEDRIC JOHNSON** | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| | ) CASE NO. 2:06-CV-602-MEF |
| **LOUIS BOYD, ET AL.** | ) |
| | ) |
| Defendant(s). | ) |

## MOTION FOR EXTENSION OF TIME

COME NOW the Defendants, by and through the undersigned counsel, and hereby request an additional 40 (forty) days in which to respond to Plaintiff's complaint and for grounds state as follows:

1. The Special Report and Answer for the Defendants are due August 21, 2006.

2. The undersigned has encountered some delay in securing affidavits and other materials necessary to adequately respond to Plaintiff's allegations.

3. More time is needed by the Defendants to adequately prepare a response to Plaintiff's Complaint.

4. No party will be prejudiced by such and extension.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

/s/ Cheairs M. Porter
Cheairs M. Porter
ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that I have this 18th day of August 2006, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy of the same by first-class United States Mail, postage prepaid and addressed upon the following:

Cedric Johnson, AIS 232250
Bullock Correctional Facility
PO Box 5107
Union Springs, AL 36089

/s/ Cheairs M. Porter
Cheairs M. Porter
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7300
334-242-2433 (Fax)