## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| CEDRIC JOHNSON, #232250, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-602-MEF |
| ) | |
| LOUIS BOYD, et al., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Louis Boyd, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Louis Boyd, and I am presently employed as a Correctional Warden II, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

In his complaint, inmate Johnson alleges that the administration is aware that Officer Rudolph is on prescribed medication for psychiatric reasons. That Officer Rudolph is mentally disturbed.

Officer Rudolph has been employed as a Correctional Officer since 1987, and was cleared, both mentally and physically, prior to employment. Officer Rudolph is not mentally disturbed; he is, however, a professional correctional officer.



EXHIBIT 1

Page 2

_____
Louis Boyd

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the 20th day of July 2006.

_____
NOTARY PUBLIC

My Commission Expires: 2/24/2009

SEAL