IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC JOHNSON, #232250, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-602-MEF |
| LOUIS BOYD, et al., | ) |
| Defendants. | ) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Alex Rudolph, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Alex Rudolph, and I am presently employed as a Correctional Officer I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

In response to inmate Cedric Johnson's, BM/232250, complaint, I submit the following:

On February 25, 2006, at approximately 12:00 p.m., I, Officer Alex Rudolph, was working around Cubicle #2 at Bullock County Correctional Facility. I was conducting a pat-search of inmate Roderick Pernell, BM/169490, at the request of Officer LaSonja Haynes. I observed inmate Johnson approaching the area. After pat-searching inmate Pernell, I turned to go into Dormitory #12. Inmate Johnson was standing directly in front

EXHIBIT 2

Page 2

of me. I asked inmate Johnson what was wrong, and to step back because he was standing too close. Inmate Johnson stated, "What's wrong with you?" I then ordered inmate Johnson to step back. Instead of stepping back, Johnson turned his body sideways and leaned toward me. Using both of my hands, I pushed inmate Johnson in the chest area, away from me. Inmate Johnson grabbed my left and right arms by the fabric of my State-issued jacket, which I was wearing. Inmate Johnson began pulling at me, causing my jacket to rise above my head. I attempted to pull out of the jacket, but was unable to do so. Inmate Johnson struck me several times in the face and left eye area. I was only able to block some of the blows, attempting to swing, grabbing blindly, while my head was covered. It was only with the assistance of Officer Haynes that I was able to remove the jacket and restrain inmate Johnson. At no time did I choke inmate Johnson.

Furthermore, I am not on any psychiatric medication, and always act in a professional manner while on the job. Inmate Johnson's attack on me was unprovoked.

The above is true and correct.

_____
Alex Rudolph

Page 3

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the ___4th___ day of ___August___ 2006.

_____Justine B. Person_____
NOTARY PUBLIC

My Commission Expires: __2/24/2009__.

SEAL