IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CEDRIC JOHNSON, #232250,                )
                                        )
    Plaintiff,                          )
                                        )
v.                                      )   CASE NO. 2:06-CV-602-MEF
                                        )
LOUIS BOYD, et al.,                     )
                                        )
    Defendants.                         )

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Edward Haynes, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Edward Haynes, and I am presently employed as a Correctional Officer I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

I, Edward Haynes, Correctional Officer I, at Bullock County Correctional Facility, had no involvement in the incident of which inmate Cedric Johnson, BM/232250, complains. The officer involved in that incident was LaSonja Haynes.

The above is true and correct.

_Edward Haynes_
Edward Haynes

EXHIBIT 3

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the _4th_ day of _August_ 2006.

_Justine B. Person_
NOTARY PUBLIC

My Commission Expires: _2/24/2009_

SEAL