IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC JOHNSON, #232250, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-602-MEF |
| LOUIS BOYD, et al., | ) |
| Defendants. | ) |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared LaSonja Haynes, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is LaSonja Haynes, and I am presently employed as a Correctional Officer I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

On February 25, 2006, at approximately 11:58 a.m., I, Officer LaSonja Haynes, was relieving Officer Sabrina Lynn in dorms 5-11, when I observed inmate Roderick Pernell coming from dorms 5-11. I verbally advised Officer Alex Rudolph to pat-search inmate Pernell. Inmate Pernell is assigned to Dorm #20, bed #83. Dorms 5-11 is an unauthorized dorm for population inmates. At approximately 12:00 p.m., I was en route to the Shift Office when I observed Officer Rudolph and inmate Cedric Johnson,


EXHIBIT 4

BM/232250, in a physical altercation. Via radio, I called for assistance around Cubicle II. I then approached both Officer Rudolph and inmate Johnson. Inmate Johnson attempted to strike me (Officer LaSonja Haynes) in my facial area with his (inmate Johnson) left closed fist. I grasped inmate Johnson in his upper chest and then attempted to restrain him. Inmate Johnson resisted. I then struck inmate Johnson twice in his facial area with my closed right hand. Officer Rudolph and inmate Johnson fell to the floor. Inmate Johnson was finally restrained by other officers assisting.

The above is true and correct.

_LaSonja Haynes, CO I_
LaSonja Haynes

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the ___9th___ day of ___August___ 2006.

_Justine B. Person_
NOTARY PUBLIC

My Commission Expires: __2/24/2009__.

SEAL