County of Bullock;
State of Alabama;

Case No. # 2:06-CV-602 M.E.F.

## Affidavit In Support

My name is Fernandius Lowman. And I am legally of the age of 21-years, and I give this affidavit to the best of my knowledge, and under the penalty of perjury.

On February 25, 2006, I was in the dorm washing my tennis shoes, where I looked out the window and seen Officer Rudolph and Cedric Johnson talking to each other by the cube. Moments later, officer Rudolph grabbed Johnson by the throat and push him up against the wall, and they started fighting. CO-I-LaSonja Haynes came out from no where, and then she hit Cedric Johnson in the top of the head with the radio. When Johnson attempted to push her back from the altercation, other officer's arrived and subdued him on the concrete. There was no need for the assault that occured on Johnson.

Respectfully Submitted,
Fernandius Lowman #233344

Sworn and Subscribed before me this 10th day of October, 2006:

Lane C. Anthony
Notary Public
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

1-of-1