County of Bullock;
State of Alabama;

Case No. #2:06-CV-602-M.E.F.

## Affidavit In Support

My name is Cedric Johnson, and I am legally of the age of 21-years, and willingly and knowingly gives this affidavit of true facts under the penalty of perjury.

On February 25, 2006, I was assaulted by Officer Alex Rudolph and LaSonja Haynes, where nothing warrented officer Rudolph to grab me around the neck and push me against the wall, or for CO-I-LaSonja Haynes to hit me in the top of my head with her radio. I was not out of my assigned area, nor did I in any way propose a threat to the officers for bodily harm. Thus, the body chart from the infirmary shows that I was hit in the top of the head, and Officer L. Haynes admitted hitting me in the face with her fist closed.

Inmates has testified that I only walked out onto the hallway heading down the hall, and that they witnessed me being assaulted by these two officers. These officers did not act within their official capacity in dealing with this situation, nor did they follow the procedure that was given unto them as part of their officer's oath and duties when accepting this job as a correctional officer.

1.

These two officer were equipped with mace and a baton for restraining inmates in aggressive behavior, but neither of the reports show that these officer's complied with the use of mace on their baton. This is an ongoing procedure that is used at the Bullock County Correctional Facility, and the Wardens, Captains, and Officer's are more friends and family, than they present as officers. This action should be held for a full hearing, that the facts be presented.

Respectfully Submitted,
X CEDRIC JOHNSON

Sworn and subscribed before me this 10th day of October, 2006;

_Lanice P. Anthony_
Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

2.