IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC JOHNSON, AIS #232250, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:06-cv-602-MEF-SRW |
| | ) |
| LOUIS BOYD, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW the undersigned counsel, and moves for substitution of counsel for Defendants, Louis Boyd, Alex Rudolph and Edward Haynes based on the following:

1.  Assistant Attorney General Cheairs Mayes Porter is the counsel of record for the Defendants in this matter. Mr. Porter has been transferred to a different division of the Attorney General's Office, requiring that his civil litigation caseload be reassigned.

2.  This case has been reassigned to Assistant Attorney General Billington M. Garrett, who is prepared to represent Defendants, Louis Boyd, Alex Rudolph and Edward Haynes in this matter. Counsel can be served at the address listed below.

WHEREFORE, based on the foregoing, the undersigned counsel requests that he be substituted as counsel of record for the Defendants, Louis Boyd, Alex Rudolph and Edward Haynes in this matter.

Respectfully submitted,

TROY KING (KIN047)
Attorney General

*/s/ Billington M. Garrett*
Billington M. Garrett (GAR029)
Assistant Attorney General

1

**CERTIFICATE OF SERVICE**

I certify that on August 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Cheairs Mays Porter – consumerfax@ago.state.al.us

And that I have sent this document by United States Postal Service First Class Mail to the following non-CM/ECF participant:

Mr. Cedric Johnson
AIS 232250
Bullock County Correctional Facility
P. O. Box 5107
Union Springs, Alabama  36089

                                             *s/ Billington M. Garrett*
                                             Billington M. Garrett (GAR029)
                                             Assistant Attorney General

BILLINGTON M. GARRETT
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone: (334) 242-7248
Facsimile:   (334) 242-2433
E-mail: bgarrett@ago.state.al.us