IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

CEDRIC JOHNSON, #232250, )
)
    Plaintiff, )
)
v. )  CASE NO. 2:06-CV-602-MEF
)
LOUIS BOYD, et al., )
)
    Defendant, )

## CONFLICT DISCLOSURE STATEMENT

COME NOW Louis Boyd; Alex Rudolph, Edward Haynes and Lasonya Haynes, a [Plaintiff/Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[X] This party is a governmental entity, or

[X] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                 Relationship to Party

February 22, 2008
Date

Counsel Signature BILLINGTON M. GARRETT
Defendants:
Louis Boyd; Alex Rudolph; Edward Haynes
Counsel for (print names of all parties)
Lasonya Haynes

Office of the Attorney General
Address, City, State Zip Code
11 South Union Street
Montgomery, AL 36130
Telephone Number
334-242-7248

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, BILLINGTON M. GARRETT, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 22nd day of February 2008, to:

Cedric Johnson AIS 232250

Bullock County Correctional Facility

P.O. Box 5107

Union Springs, AL   36089


February 22, 2008
Date

Signature